**Opinion issued July 7, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00953-CV

———————————

**BOBBIE TREMAIN, Appellant**

**V.**

**JAY OATES, Appellee**

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-06315**

## MEMORANDUM OPINION

Appellant, Bobbie Tremain, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of

case). Based on appellant's failure to file her brief, appellee subsequently filed a motion to dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant has neither responded to appellee's motion to dismiss nor filed a brief. Accordingly, we grant appellee's motion and dismiss the appeal for want of prosecution. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.